1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00232-KJM |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF RELATED CASES** |
| v. | ) | [Local Rules 123(a), 123(c)] |
| OSCAR FIDEL AYON et al., | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-CR-00029-KJM |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF RELATED CASES** |
| v. | ) | [Local Rules 123(a), 123(c)] |
| RODOLFO CARO-ACOSTA, | ) | |
| Defendant. | ) | |

Notice of Related Cases

# NOTICE OF RELATED CASES

The United States of America, by and through Assistant United States Attorney Justin L. Lee, notices the Court and the Clerk of the Court that the Indictment filed in United States v. Rodolfo Caro-Acosta, Case No. 2:22-CR-00029-KJM, is related to the earlier Indictment in United States v. Oscar Fidel Ayon et al., Case No. 2:21-CR-00232-KJM.

The two above-captioned cases are related within the meaning of Eastern District of California Local Rule 123(a) because both actions involve the same parties and are based on the same or similar claim. Specifically, both cases involve defendant Oscar Fidel Ayon and both cases allege the unlawful distribution of fentanyl. Although Oscar Fidel Ayon is not charged in the later-filed action of United States v. Rodolfo Caro-Acosta, Case No. 2:22-CR-00029-KJM, Oscar Fidel Ayon is an unindicted co-conspirator in the case and was specifically identified in the factual basis for Rodolfo Caro-Acosta's guilty plea. *See* ECF 23, 2:22-CR-00029-KJM. Accordingly, the cases are related because both actions involve defendant Oscar Fidel Ayon and alleged unlawful distribution of fentanyl.

The United States therefore respectfully requests that this Honorable Court relate the Indictment in United States v. Caro-Acosta, Case No. 2:22-CR-00029-KJM, to the earlier Indictment in United States v. Ayon et al., Case No. 2:21-CR-000232-KJM. Because both cases are presently assigned to the same District Court Judge, there is no need to reassign either matter pursuant to Local Rule 123(c).

DATED: August 8, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

Notice of Related Cases

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Rodolfo Caro-Acosta,</u> Case No. 2:22-CR-00029-KJM, is related to <u>United States v. Oscar Fidel Ayon et al.,</u> Case No. 2:21-CR-00232-KJM, within the meaning of Local Rule 123(a).

**IT IS SO ORDERED**.

DATED: August 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE